RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by Migdalia Garcia-Cosme
Date: 2025.06.12 18:23:05 -04'00'

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SEALED,<br>Defendant. | CASE NO. 25-275 (RAM) |

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1. The United States of America submits a pleading that is self-explanatory to the consideration of the Court, related to the above captioned case.

2. The United States respectfully requests that the pleading be accepted by the Court for filing and appropriate disposition and that it remains under seal until defendant's arrest.

WHEREFORE, the United States of America respectfully request the instant motion be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of June 2025.

Granted.
6/12/25

W. STEPHEN MULDROW
United States Attorney

s/ Daniel J. Olinghouse
**Daniel J. Olinghouse**, USDC G03009
Assistant United States Attorney
Torre Chardon 350 Avenida Carlos
Chardon, Suite 1201
San Juan, Puerto Rico 00918-2142
787-766-5656
daniel.olinghouse2@usdoj.gov